999 A.2d 590

**Gilbert ARTEAGA, Appellant**

v.

**Donna VARNER, Chief Hearing Officer, Appellee.**

Supreme Court of Pennsylvania.

Aug. 17, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, 2010, the order of the Commonwealth Court is AFFIRMED, and the Motion to Strike Appellee's Brief is DENIED.